1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Daniel Van Eeuwen III, | No. _____ |
| Plaintiff, | **INDEX** |
| v. | |
| Maricopa County Sheriff, Paul Penzone; Detention Officer Bourassa B4791 and John and Jane Does I-X | |
| Defendants. | |

Exhibit:

    (A) Civil Cover Sheet

    (B) State Court Record

        Attachments:
        1. Supplemental Cover Sheet
        2. Recent State Court Docket
        3. Complaint
        4. Service Documents
        5. Remainder of the State Court Record
        6. Verification of Anna G. Critz

    (C) Superior Court Notice of Removal to the Federal District Court

1

# EXHIBIT A

## Civil Cover Sheet

(AO Form JS-44)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff(s):** Daniel Van Eeuwen III

**Defendant(s):** Paul Penzone , Maricopa County Sheriff; Bourassa , Detention Officer; John and Jane Does I-X

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

County of Residence: Maricopa

Plaintiff's Atty(s):

**Keith M. Knowlton**
**Keith M. Knowlton L.L.C.**
**9920 S. Rural Road, Suite 108, PMB #132**
**Tempe, Arizona  85284**
**(480) 755-1777**

Defendant's Atty(s):

**Maxine S. Mak (**Paul Penzone , Maricopa County Sheriff; Bourassa , Detention Officer**)**
**Maricopa County Attorney's Office**
**225 W. Madison St.**
**Phoenix , Arizona  85003**
**(602)506-8541**

**Anna G. Critz (**Paul Penzone , Maricopa County Sheriff; Bourassa , Detention Officer**)**
**Maricopa County Attorney's Office**
**225 W. Madison St.**
**Phoenix, Arizona  85003**
**(602)506-8541**

---

**REMOVAL FROM MARICOPA COUNTY, CASE #CV2021-091759**

---

II. Basis of Jurisdiction:     **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff:- **N/A**
**N/A**

Defendant:-

IV. Origin :                    **2. Removed From State Court**

V. Nature of Suit:              **440 Other Civil Rights**

VI.Cause of Action:             **42 U.S.C 1983**

VII. Requested in Complaint
                Class Action:**No**
           Dollar Demand:
            Jury Demand:**Yes**

VIII. This case **is not related** to another case.

---

**Signature:**  **Anna G. Critz**

    **Date:**  **8/2/21**

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014

# EXHIBIT B

## State Court Record

Attachments:
1. Supplemental Cover Sheet
2. Recent State Court Docket
3. Complaint
4. Service Documents
5. Remainder of the State Court Record
6. Verification of DCA Anna G. Critz

# Attachment 1
Supplemental Civil Cover Sheet

## SUPPLEMENTAL CIVIL COVER SHEET
## FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

1.  **Style of the Case:**
    Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and
    Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the
    attorney(s) of record for each party named and include their bar number, firm name, correct mailing
    address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Daniel Van Eeuwen III | Plaintiff | Keith M. Knowlton (011565)<br>Keith M. Knowlton, L.L.C.<br>9920 S. Rural Road, Suite 109, PMB #132<br>Tempe, Arizona, 85284<br>(480) 755-1777 |
| Paul Penzone, Maricopa County Sheriff<br>Detention Officer Bourassa, B4791 | Defendants | Maxine S. Mak (031158)<br>Anna G. Critz (034530)<br>Maricopa County Attorney's Office<br>Civil Services Division<br>225 West Madison Street<br>Phoenix, Arizona 85003<br>(602) 506-8541<br>MCAO Firm No. 00032000 |
| John and Jane Does I-X | Defendants | |

2.  **Jury Demand:**
    Was a Jury Demand made in another jurisdiction?  Yes ● No ○
    If "Yes," by which party and on what date?

    Plaintiff _____ 04/08/2021 _____

3.  **Answer:**
    Was an Answer made in another jurisdiction?  Yes ○ No ●
    If "Yes," by which party and on what date?

    _____ _____

**4.**   **Served Parties:**

The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| Paul Penzone,  Maricopa County Sheriff | 07/21/2021 | substitute |
| Detention Officer Bourassa, B4791 | 07/21/2021 | substitute |
| | | |

**5.**   **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| John and Jane Does I-X | unidentified |
| | |
| | |

**6.**   **Nonsuited, Dismissed or Terminated Parties:**

Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| N/A | |
| | |
| | |

**7.**   **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| Plaintiff | Gross negligence; negligent training, hiring, and supervision; respondeat superior; and 42 U.S.C. § 1983 |
| | |
| | |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**

# ATTACHMENT 2

State Court Docket

 › Docket

# Civil Court Case Information – Case History

## Case Information

Case Number: CV2021-091759     Judge: Coffey, Rodrick
File Date: 4/8/2021     Location: Southeast
Case Type: Civil

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Daniel Van Eeuwen | Plaintiff | Male | Keith Knowlton |
| Paul Penzone | Defendant | Male | Pro Per |
| Unknown Bourassa | Defendant | Male | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 7/22/2021 | AFS - Affidavit Of Service | 7/28/2021 | |
| **NOTE:** DETENTION OFFICER BOURASSA | | | |
| 7/22/2021 | AFS - Affidavit Of Service | 7/28/2021 | |
| **NOTE:** PAUL PENZONE | | | |
| 6/23/2021 | 322 - ME: Notice Of Intent To Dismiss | 6/23/2021 | |
| 4/8/2021 | COM - Complaint | 4/12/2021 | |
| **NOTE:** Complaint | | | |
| 4/8/2021 | CSH - Coversheet | 4/12/2021 | |
| **NOTE:** Civil Cover Sheet | | | |
| 4/8/2021 | CCN - Cert Arbitration - Not Subject | 4/12/2021 | |
| **NOTE:** Certificate Of Compulsory Arbitration - Is Not Subject To | | | |
| 4/8/2021 | SUM - Summons | 4/12/2021 | |
| **NOTE:** Summons | | | |
| 4/8/2021 | SUM - Summons | 4/12/2021 | |
| **NOTE:** Summons | | | |

## Case Calendar

**There are no calendar events on file**

## Judgments

**There are no judgments on file**

# ATTACHMENT 3

Complaint

Clerk of the Superior Court
*** Electronically Filed ***
A. Allegretti, Deputy
4/8/2021 8:08:51 AM
Filing ID 12749804

Keith M. Knowlton - SBN 011565
Keith M. Knowlton, L.L.C.
9920 S. Rural Road, Suite 108, PMB# 132
Tempe, Arizona 85284-4100
(480) 755-1777; FAX (480) 471-8956
keithknowlton@msn.com
Attorney for Plaintiff

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Daniel Van Eeuwen III, | **CV2021-091759** |
| Plaintiff, | |
| vs. | **COMPLAINT** |
| Maricopa County Sheriff, Paul Penzone; Detention Officer Bourassa B4791 and John & Jane Does I-X, | (Gross Negligence, Negligent Training, Hiring and Supervision, Respondeat Superior and 42 U.S.C. § 1983 claim for failure to protect |
| Defendants. | **Jury Trial Demanded** |

COMES NOW Plaintiff Daniel Van Eeuwen III ("Resendiz"), through undersigned counsel, as and for his Amended Complaint against Defendants, alleges as follows:

## JURISDICTION AND VENUE

1.     Plaintiff has fully complied with the requirements of A.R.S. §12-821.01 to bring tort claims against Defendants Maricopa County Sheriff, Paul Penzone and Detention Officer Bourassa B479.

2.     Plaintiff has timely completed the grievance process, has exhausted his administrative remedies and therefore can pursue claims against Defendants under 42 U.S.C. § 1983.

3.     This Court has jurisdiction and venue over this matter and the parties.

## PARTIES

4.     Plaintiff, Daniel Van Eeuwen III ("Daniel") is and was at all times relevant, a naturally born citizen of the United States and resident of Maricopa County, Arizona.  At the time of the incident in this case Daniel was a pretrial prisoner at the Lower Buckeye Jail ("LBJ").

5.     Defendant Maricopa County Sheriff Paul Penzone ("Sheriff") is the duly elected sheriff of Maricopa County and the Chief Executive Officer of the Maricopa County Sheriff's Office ("MCSO").

6.     Defendant Detention Officer Bourassa #B4791 ("DO Bourassa") at all times relevant to this Complaint was an employee of the Sheriff and while acting in the course and scope of his employment caused events to occur in Maricopa County out of which this complaint arose.

7.     MCSO runs jails in Maricopa County through employees of MCSO controlled and supervised by Penzone.  .

## JURY TRIAL REQUEST

8.     Plaintiff requests a jury trial.

## FACTUAL ALLEGATIONS

9.     Plaintiff incorporates herein by this reference all the preceding numbered paragraphs.

10.    On April 15, 2020 Daniel was outside his cell being supervised by DO Bourassa picking up tablets from other inmates in the top tier of B pod.

11.    They came to inmate Green's cell 17 and DO Bourassa had the cell door opened from the Tower and then immediately left the pod.

12.    Daniel is a protective custody ("PC") inmate and is not to be left unsupervised around other inmates out in the pod.

13.    DO Bourassa left Daniel without guard supervision and protection from inmate Green who was coming out of his cell.

14.    Green physically attacked Daniel and an inmate on inmate fight occurred.

15.     At the time of the assault, not only was DO Bourassa not in the pod, no detention officers or guards were in the pod at that time other than the guard in the Tower.

16.    Daniel was hit in the face causing a deep laceration from his eyebrow and cheek bone.

17.    There was a lot of bleeding from the laceration.

18.    Further Daniel had a repaired tore labrum in his shoulder that was re-tear as a result of this assault.

19.    Daniel is currently going through medical care to treat and if necessary repair his shoulder.

**COUNT ONE**
**NEGLIGENCE/GROSS NEGLIGENCE**

20.    The allegations set forth above are fully incorporated herein by this reference

21.    DO Bourassa owe Plaintiff a "duty of care to protect" him "from foreseeable harm."

22.    A.R.S. § 11-441(5) provides that Sheriff Penzone shall "[t]ake charge of and keep county jail, including a county jail under the jurisdiction of a county jail district, and the prisoners in the county jail."

23.    All Detention Officer's at the jail owe Plaintiff a constitutional duty as a pretrial detainee to protect his personal security.

24.    The risk of Plaintiff being physically attacked by inmates who are out of their cells and unsupervised by Detention Officers was obvious and foreseeable since Daniels was a PC inmate.

25.    DO Bourassa opened inmate Green's cell and left it open allowing both Green and his cell mate to exit the cell.

26.    DO Bourassa then left the cell block leaving Daniel without supervision or protection since no other guard was in the cell block at the time.

27.    DO Bourassa was negligent in leaving the cell block with Daniel being left alone with other inmates who he let out of their cell and without any other Detention Officers in the cell block area to protect Daniel from physical assault.

28.    DO Bourassa breached the duty owed to Plaintiff by letting out Green and his roommate from their cell and then leaving Daniel alone with them in the pod.

29.    The assault on Daniel was a foreseeable result of his being left alone in the pod with other unsecured and unsupervised inmates, especially since he was a PC inmate.

30.    DO Bourassa proximately caused Plaintiff physical injury and damage in an amount to be proven at trial.

31.    Plaintiff suffered damages, including but not limited to physical injuries from the assault, pain and suffering and emotional distress.

32.    Daniel further injured his shoulder which is painful.

33.    Sheriff Penzone is respondeat superior liable for the acts of DO Bourassa, his employee as set forth herein.

## COUNT TWO
## NEGLIGENT HIRING, RETENTION OR SUPERVISION

34.    Plaintiff incorporates herein by this reference all the preceding numbered paragraphs as though fully set forth herein.

35.    Sheriff Penzone was negligent in the hiring, retention and/or supervision of the tortuous and unconstitutional actions of his employee DO Bourassa.  Daniel exhausted the grievance process and Sheriff Penzone took no action against the employee as a result of investigating the matter and thereby ratified the misconduct of DO Bourassa.

36.    Sheriff Penzone was negligent in permitting or failing to prevent the tortuous and unconstitutional acts set forth in this Complaint by DO Bourassa.

37.    Sheriff Penzone was negligent or reckless in training or supervision of DO Bourassa by giving improper or ambiguous orders or in failing to make proper regulation; or were negligent in the employment of improper persons or instrumentalities in work involving risk of harm to others; or in the supervision of the Detention Officers at the Jail, or in permitting or failing to prevent, negligent or other tortuous conduct by the Detention Officers at the jail under their control.

38.    Sheriff Penzone was negligent in the supervision of DO Bourassa by not disciplining him or other Detention Officers that day for leaving a PC inmate alone in the pod with other inmates right after letting the other inmates out of their cells.

39.    As a result of the negligent training, hiring or supervision, Plaintiff was physically injured.

40.    Plaintiff is entitled to punitive damages.

## COUNT THREE
### (42 U.S.C. § 1983)

41.    The allegations set forth above are fully incorporated herein by this reference.

42.    In committing the above referenced actions and/or omissions and the following, DO Bourassa acted under color of state law, and engaged in conduct that was the proximate cause of a violation of  Plaintiff's rights under the Fourth and Fourteenth Amendments to the Constitution of the United States of America, including but not limited to deliberate indifference to the safety of Plaintiff by leaving him alone, as a PC inmate out in the pod with other inmates without any guard supervision, thereby violating Plaintiff's civil rights under 42 U.S.C. § 1983.

43.    DO Bourassa proximately caused Plaintiff damages, including but not limited to physical injuries, pain and suffering, permanent injuries and emotional distress, all in an amount to be proven at trial.

44.    Pursuant to 42 U.S.C. § 1983, DO Bourassa is liable to Plaintiff for the above described violations of Plaintiffs Constitutional rights.  Plaintiff is entitled to all rights,

remedies, in law or in equity, available to him under 42 U.S.C. § 1983.

45.     DO Bourassa had the information available to him to assure he was not putting Plaintiff at risk when he let Green and the other inmate out of their cell and then left the pod leaving Plaintiff alone with the inmates in the pod.

46.     Upon information and belief, policy required DO Bourassa to remain in the pod and supervise and protect Plaintiff one he let other inmates out of their cells.

47.     DO Bourassa actions were deliberately indifferent to the safety of Daniels from a foreseeable physical assault upon him by the other inmates left alone with him in the pod.

48.     Plaintiff is entitled to recover his reasonable costs and attorney's fees under 42 U.S.C. § 1988.

49.     Plaintiff is entitled to punitive damages.

        WHEREFORE, Plaintiff demands the following relief, jointly and severally, against Defendants as follows:

        A.     Compensatory general and special damages in an amount according to proof at time of trial;

        B.     Attorneys fees;

        C.     Punitive damages;

        D.     Compensatory Damages;

        E.     Costs of suit necessarily incurred herein;

        F.     Prejudgment interest according to proof; and

        G.      Such further relief as the Court deems just and proper.

        RESPECTFULLY SUBMITTED this 8th day of April, 2021.

                                KEITH M. KNOWLTON, L.L.C.

                                /s/ Keith Knowlton
                        By: _____
                                Keith M. Knowlton
                                Attorney for Plaintiff

- 6 -

# ATTACHMENT 4

## Service Documents

Served July 21, 2021 upon Penzone and Bourassa
- Summons of Penzone and Bourassa Filed 04/08/21
- Affidavits of Service Filed 07/22/2021

*Accepted for P. Penzone*
*from Tim Meyer. MC-7459*
*on 7/21/21 @ 1132*

T. Kuns         Clerk of the Superior Court
B5168          *** Electronically Filed ***
                A. Allegretti, Deputy
                4/8/2021 8:08:51 AM
                Filing ID 12749807

Person/Attorney Filing: Keith M Knowlton
Mailing Address: 9920 S. Rural Road, Ste. 108 Pmb# 132
City, State, Zip Code: Tempe, AZ 85284
Phone Number: (480)755-1777
E-Mail Address: keithknowlton@msn.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 011565, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Daniel Van Eeuwen III
Plaintiff(s),                          Case No. **CV2021-091759**
v.
Maricopa County Sheriff Paul           **SUMMONS**
Penzone, et al.
Defendant(s).

To: Maricopa County Sheriff Paul Penzone

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson,
   Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
   approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *April 08, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *ANGELA ALLEGRETTI*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #5594123

*Bourassa*
*from Tim Meyer MC-7459*
*on 7/21/21 @ 1132*

T. Kuns
BSI68

Clerk of the Superior Court
*** Electronically Filed ***
A. Allegretti, Deputy
4/8/2021 8:08:51 AM
Filing ID 12749808

Person/Attorney Filing: Keith M Knowlton
Mailing Address: 9920 S. Rural Road, Ste. 108 Pmb# 132
City, State, Zip Code: Tempe, AZ 85284
Phone Number: (480)755-1777
E-Mail Address: keithknowlton@msn.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 011565, Issuing State: AZ

*S & C          P.S.*
*RECEIVED JUL 2 1 2021 ck*
*20368658*

*KNT 43415*
*7/21/2021*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Daniel Van Eeuwen III
Plaintiff(s),
v.
Maricopa County Sheriff Paul
Penzone, et al.
Defendant(s).

Case No. **CV2021-091759**

**SUMMONS**

To: Detenton Office Bourassa #B4791

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *April 08, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *ANGELA ALLEGRETTI*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
A. Allegretti, Deputy
4/8/2021 8:08:51 AM
Filing ID 12749807

Person/Attorney Filing: Keith M Knowlton
Mailing Address: 9920 S. Rural Road, Ste. 108 Pmb# 132
City, State, Zip Code: Tempe, AZ 85284
Phone Number: (480)755-1777
E-Mail Address: keithknowlton@msn.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 011565, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Daniel Van Eeuwen III<br>Plaintiff(s),<br>v.<br>Maricopa County Sheriff Paul<br>Penzone, et al.<br>Defendant(s). | Case No. **CV2021-091759**<br><br>**SUMMONS** |

To: Maricopa County Sheriff Paul Penzone

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *April 08, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *ANGELA ALLEGRETTI*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
A. Allegretti, Deputy
4/8/2021 8:08:51 AM
Filing ID 12749808

Person/Attorney Filing: Keith M Knowlton
Mailing Address: 9920 S. Rural Road, Ste. 108 Pmb# 132
City, State, Zip Code: Tempe, AZ 85284
Phone Number: (480)755-1777
E-Mail Address: keithknowlton@msn.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 011565, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Daniel Van Eeuwen III
Plaintiff(s),

v.

Maricopa County Sheriff Paul
Penzone, et al.
Defendant(s).

Case No.  **CV2021-091759**

**SUMMONS**

To: Detenton Office Bourassa #B4791

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
    served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an
    Answer in writing with the Court, and you must pay the required filing fee. To file your
    Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson,
    Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
    approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
    of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents
    in this case.

3.  If this Summons and the other court papers were served on you within the State of
    Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
    date of service, not counting the day of service. If this Summons and the other court papers
    were served on you outside the State of Arizona, your Answer must be filed within
    THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
    service.

AZturboCourt.gov Form Set #5594123

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *April 08, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *ANGELA ALLEGRETTI*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

CLERK OF THE
SUPERIOR COURT
RECEIVED NE
DOCUMENT DEPOSITORY

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA**

2021 JUL 22 PM 6: 50

**Daniel VanEeuwen III**

Plaintiff,

vs.

**Maricopa County Sheriff Paul Penzone, et al.**

Defendant.

Case Number: CV2021-091759

**CERTIFICATE OF SERVICE**

FILED BY: _C. Francis_

Received these papers to be served on **Detention Officer Bourassa  #B4791, 550 W. Jackson St., Phx., AZ 85003.**

I, Tim Meyer, do hereby affirm that on the **21st day of July, 2021** at **11:32 am**, I:

served an **AUTHORIZED** entity by delivering a true copy of the **Summons, Complaint, Certificate Of Compulsory Arbitration** with the date and hour of service endorsed thereon by me, to: **Taylor Kuns** as **Maricopa County Sheriff Dept. Legal Liason** at the address of: **550 W. Jackson St., Phx., AZ 85003**, who stated they are authorized to accept service for **Detention Officer Bourassa  #B4791**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I Declare under Penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

7-22-2021

Tim Meyer
MC#7459 EXP. 12/12/2022

Our Job Serial Number: MYR-2021000911

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1g

CLERK OF THE
SUPERIOR COURT
RECEIVED ME
DOCUMENT DEPOSITORY

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA**

2021 JUL 22 PM 6:51

**Daniel VanEeuwen III**
Plaintiff,

Case Number: CV2021-091759

**CERTIFICATE OF SERVICE**

vs.

**Maricopa County Sheriff Paul Penzone, et al.**
Defendant.

FILED BY: 

Received these papers to be served on **Maricopa County Sheriff Paul Penzone, 550 W. Jackson St., Phx., AZ 85003.**

I, Tim Meyer, do hereby affirm that on the **21st day of July, 2021** at **11:32 am, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **Summons, Complaint, Certificate Of Compulsory Arbitration** with the date and hour of service endorsed thereon by me, to: **Taylor Kuns** as **Maricopa County Sheriff Dept. Legal Liason** at the address of: **550 W. Jackson St., Phx., AZ 85003,** who stated they are authorized to accept service for **Maricopa County Sheriff Paul Penzone,** and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I Declare under Penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

7-22-2021

**Tim Meyer**
MC#7459 EXP. 12/12/2022

Our Job Serial Number: MYR-2021000911

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1g

# ATTACHMENT 5

## Remainder of State Court Record

- Civil Cover Sheet
- Certificate of Compulsory Arbitration
- Notice of Intent to Dismiss

Clerk of the Superior Court
*** Electronically Filed ***
A. Allegretti, Deputy
4/8/2021 8:08:51 AM
Filing ID 12749805

# In the Superior Court of the State of Arizona
# In and For the County of Maricopa

**Plaintiff's Attorney:**

```
Keith M Knowlton
Bar Number: 011565, issuing State: AZ
Law Firm: Keith M. Knowlton, LLC
9920 S. Rural Road, Ste. 108 Pmb# 132
Tempe, AZ 85284
Telephone Number: (480)755-1777
Email address: keithknowlton@msn.com
```

**CV2021-091759**

**Plaintiff:**

```
Daniel Van Eeuwen III
9920 S. Rural Road, Ste. 108 Pmb# 132
Tempe, AZ 85284
```

**Defendants:**

```
Maricopa County Sheriff Paul Penzone
550 West Jackson Street
Phoenix, AZ 85003

Detenton Office Bourassa #B4791
550 West Jackson Street
Phoenix, AZ 85003


Discovery Tier t2


Case Category: Other Civil Case Categories
Case Subcategory: other
```

Clerk of the Superior Court
*** Electronically Filed ***
A. Allegretti, Deputy
4/8/2021 8:08:51 AM
Filing ID 12749806

Person/Attorney Filing: Keith M Knowlton
Mailing Address: 9920 S. Rural Road, Ste. 108 Pmb# 132
City, State, Zip Code: Tempe, AZ 85284
Phone Number: (480)755-1777
E-Mail Address: keithknowlton@msn.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 011565, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Daniel Van Eeuwen III<br>Plaintiff(s),<br>v.<br>Maricopa County Sheriff Paul Penzone, et al.<br>Defendant(s). | Case No. **CV2021-091759**<br><br>**CERTIFICATE OF COMPULSORY ARBITRATION** |

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Keith M Knowlton /s/
Plaintiff/Attorney for Plaintiff

AZturboCourt.gov Form Set #5594123

| Office Distribution | **SUPERIOR COURT OF ARIZONA**<br>**MARICOPA COUNTY** | **\*\*FILED\*\***<br>06/23/2021<br>by Superior Court Admin<br>on behalf of Clerk of the<br>Superior Court |
|---|---|---|

06/19/2021

COURT ADMINISTRATION

Ct. Admin
Deputy

**Case Number:** CV2021-091759

**Daniel Van Eeuwen III**

**V.**

**Paul Penzone**

The Judge assigned to this action is the Honorable Janice Crawford

### NOTICE OF INTENT TO DISMISS FOR LACK OF SERVICE

You are hereby notified that the complaint filed on 04/08/2021 is subject to dismissal pursuant to Rule 4 (i) of the Arizona Rules of Civil Procedure. The deadline for completing service is 07/07/2021. If the time for completing service has not been extended by the court and no defendants have been served by this date, the case will be dismissed without prejudice.

All documents required to be filed with the court should be electronically filed through Arizona Turbo Court at www.azturbocourt.gov.

Superior Court of Maricopa County - integrated Court Information System
**Endorsee Party Listing**
Case Number:  CV2021-091759

| Party Name | Attorney Name | |
|---|---|---|
| Daniel Van Eeuwen III | Keith M Knowlton | Bar ID:  011565 |

# ATTACHMENT 6

Verification of DCA Anna G. Critz

**VERIFICATION OF ANNA G. CRITZ**

STATE OF ARIZONA)

                      )ss.

 County of Maricopa)

     I, Anna G. Critz, declare under penalty of perjury that I am a Deputy County Attorney with the Maricopa County Attorney's Office, Civil Services Division and that the attached documents are true and complete copies of all pleadings and other documents filed in the state court proceeding *Daniel Van Eeuwen III v. Maricopa County Sheriff, Paul Penzone, et al.*, Maricopa County Superior Court Case No. CV2021-091759.

                  DATED this 5th day of August, 2021.

                         ALLISTER ADEL
                         MARICOPA COUNTY ATTORNEY

                         /s/Anna G. Critz
                         ANNA G. Critz
                         Deputy County Attorney

# EXHIBIT C

Superior Court Notice of Removal to the
Federal District Court

1
2
ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

3
By:    MAXINE S. MAK (031158)
           ANNA G. CRITZ (034530)
4
           Deputy County Attorneys
5
           makm@mcao.maricopa.gov
           critza@mcao.maricopa.gov
6

7
CIVIL SERVICES DIVISION
225 West Madison Street
8
Phoenix, Arizona 85003
9
Telephone (602) 506-8541
Facsimile (602) 506-4317
10
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000
11

12
*Attorneys for Defendants Penzone & Bourassa*

13
**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

14
**IN AND FOR THE COUNTY OF MARICOPA**

15

16
Daniel Van Eeuwen III,                      No. CV2021-091759

17
                         Plaintiff,          **NOTICE OF FILING NOTICE OF REMOVAL**

18
v.
19
                                             (Assigned to the Hon. Rodrick Coffey)
20
Maricopa County Sheriff, Paul Penzone;
Detention Officer Bourassa B4791 and John
21
and Jane Does I-X
22
                         Defendants.
23

24

25
           TO THE CLERK OF THE COURT AND PLAINTIFF:

26
           PLEASE TAKE NOTICE THAT defendants, Maricopa County Sheriff Paul
27
Penzone and Detention Officer Bourassa hereby notify this Court that they are filing/have
28

1

filed a Notice of Removal of this action to the United States District Court for the District

of Arizona.

A copy of the Notice of Removal without attachments filed today, August 9, 2021,

is attached hereto as <u>Exhibit A</u>.

RESPECTFULLY SUBMITTED this 9th day of August, 2021.

ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

BY: */s/ Anna G. Critz*
     MAXINE S. MAK
     ANNA G. CRITZ
     Deputy County Attorneys
     *Attorneys for Defendants Penzone & Bourassa*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2021, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the TurboCourt System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Honorable Rodrick Coffey
Maricopa County Superior Court
Southeast Facility 2E/205
222 E. Javelina Ave.
Mesa, AZ 85210

and copy emailed to:

Keith M. Knowlton
KEITH M. KNOWLTON, L.L.C.
9920 S. Rural Road, Suite 108
PMB #132
Tempe, AZ 85284-4100
keithknowlton@msn.com
*Attorney for Plaintiff*

/s/ *J. Barksdale*

# EXHIBIT A

**NOTICE OF REMOVAL OF MARICOPA COUNTY SUPERIOR COURT
CASE NO. CV2021-091759 TO THE UNITED STATES DISTRICT COURT
(WITHOUT EXHIBITS)**

ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

By:     MAXINE S. MAK (031158)
        ANNA G. CRITZ (034530)
        Deputy County Attorneys
        makm@mcao.maricopa.gov
        critza@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4317
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

*Attorneys for Defendants Penzone & Bourassa*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Van Eeuwen III, | No. _____ |
| Plaintiff, | |
| v. | **NOTICE OF REMOVAL OF MARICOPA COUNTY SUPERIOR COURT CASE NO. CV2021-091759 TO THE UNITED STATES DISTRICT COURT** |
| Maricopa County Sheriff, Paul Penzone; Detention Officer Bourassa B4791; and John and Jane Does I-X | |
| Defendants. | |

Defendants, Maricopa County Sheriff Paul Penzone and Detention Officer Bourassa (B4791) (collectively, the "Defendants") pursuant to 28 U.S.C. § 1331, §1441(c), §1446(a), and Rule 3.6, Rules of Practice of the United States District Court for the District of Arizona, notice the removal of the above-captioned case, cause number CV2021-091759,

1

from the Arizona Superior Court, Maricopa County, to this Court, and in support of removal assert the following:

1.      On or about April 8, 2021, Plaintiff filed a Complaint against Defendants in the Superior Court of the State of Arizona for the County of Maricopa under the caption *Daniel Van Eeuwen III v. Maricopa County Sheriff, Paul Penzone, et al.,* Case No. CV2021-091759. A copy of the Complaint, and all other documents previously filed in this matter and served on Defendants are attached hereto within Exhibit "B". (Exhibit "A" is the Civil Cover Sheet.)

2.      Plaintiff served Defendants Maricopa County Sheriff Paul Penzone and Detention Officer Bourassa (B4791) on July 21, 2021.

3.      This Notice of Removal is being filed within 30 days after service of a paper where it may be ascertained that the case is removable and is therefore timely filed under 28 U.S.C. § 1446(b)(3).

4.      Plaintiff's Complaint alleges that Defendants violated his Fourth and Fourteenth Amendment rights under the United States Constitution and brings claims under 42 U.S.C. § 1983 (Count Three).

5.      By reason of the above facts, (a) the United States District Court has original jurisdiction of this civil action pursuant to 28 U.S.C. § 1331, because one or more claims asserted by the Plaintiff arises under the Constitution, laws, or treaties of the United States; and (b) the case is removable pursuant to 28 U.S.C. § 1441(c). All served Defendants consent to the removal of this action. The John and Jane Doe Defendants have not been identified and have not been served.

6.      A Notice of Filing of Notice of Removal, a true and correct copy of which is attached as Exhibit "C," has been filed in the Arizona Superior Court, County of Maricopa.

WHEREFORE, Defendants Maricopa County Sheriff Paul Penzone and Detention Officer Bourassa (B4791) respectfully request that the above action now pending in the Arizona Superior Court, Maricopa County, be removed to this Court.

RESPECTFULLY SUBMITTED this 9th day of August, 2021.

ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

BY: /s/ Anna G. Critz
        MAXINE S. MAK
        ANNA G. CRITZ
        Deputy County Attorneys
        *Attorneys for Defendants Penzone & Bourassa*

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2021, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Clerk of Court
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street
Phoenix, AZ 85003-2161

and a copy emailed to:

Keith M. Knowlton
KEITH M. KNOWLTON, L.L.C.
9920 S. Rural Road, Suite 108,
PMB #132
Tempe, AZ 85284-4100
keithknowlton@msn.com
*Attorney for Plaintiff*

/s/ J. Barksdale
S:\CIVIL\CIV\Matters\CJ\2020\Van Eeuwen III v Penzone CJ20-0145\Pleadings\Removal\Notice of Removal (fed court).docx

3

**From:**              [TurboCourt Customer Service](#)
**Sent:**                    Monday, August 9, 2021 3:52 PM

**Subject:**            AZTurboCourt E-Filing Courtesy Notification

---

PLEASE DO NOT REPLY TO THIS EMAIL.

A party in this case requested that you receive an AZTurboCourt Courtesy Notification.

AZTurboCourt Form Set #5978383 has been DELIVERED to Maricopa County.

You will be notified when these documents have been processed by the court.

Here are the filing details:
Case Number: CV2021091759 (Note: If this filing is for case initiation, you will receive a separate
notification when the case # is assigned.)
Case Title: Van Eeuwen Vs. Penzone
Filed By: Anna Critz
AZTurboCourt Form Set: #5978383
Keyword/Matter #:
Delivery Date and Time: Aug 09, 2021 3:51 PM MST
Forms:


Attached Documents:
Notice of Removal to Federal Court: Notice of Filing Notice of Removal
Exhibit/Attachment (Supporting): Exhibit A